IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRACCO, et al.,<br><br>　　　　　Appellants,<br><br>　v.<br><br>KURT ALBERT LEINTZ, et al.,<br><br>　　　　　Appellees. _____/ | No. C 12-2945 MMC<br><br>**ORDER DIRECTING APPELLANTS TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

　　　　On June 7, 2012, appellants filed the instant notice of appeal. On September 4, 2012, the bankruptcy record on appeal was entered on the docket. Pursuant to the scheduling order filed June 7, 2012, appellants were required to file their opening brief no later than 28 days after the record on appeal was entered. To date appellants have not filed their opening brief.

　　　　Accordingly appellants are hereby ORDERED TO SHOW CAUSE, in writing and no later than October 31, 2012, why the instant appeal should not be dismissed for failure to prosecute.

　　　　**IT IS SO ORDERED.**

Dated: October 16, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge