IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRACCO, et al., | No. C 12-2945 MMC |
|     Appellants, | **ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |
| v. | |
| KURT ALBERT LEINTZ, et al., | |
|     Appellees. | |

    Before the Court is Appellants' Motion for Extension of Time to File Appellants' Opening Brief, filed November 30, 2012, by which motion appellants seek an extension of the deadline to file their Opening Brief from November 30, 2012 to December 28, 2012. Appellees have filed opposition. Having read and considered the papers filed in support of and in opposition to the motion, the Court rules as follows.

    Although, as appellees note, appellants did not timely file the record on appeal, did not timely file their Opening Brief, and filed their current motion on the day the Opening Brief was due, the Court, given the relatively short duration of the requested extension, will afford appellants one final opportunity to file their Opening Brief.

//

//

Accordingly, the motion is hereby GRANTED, and the deadline to file the Opening Brief is hereby EXTENDED from November 30, 2012 to December 28, 2012.

**IT IS SO ORDERED.**

Dated: December 4, 2012

_____
MAXINE M. CHESNEY
United States District Judge