**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9
IN THE UNITED STATES DISTRICT COURT

10
FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12
MICHAEL BRACCO, et al.,

13
            Appellants,

    v.

14
KURT ALBERT LEINTZ, et al.,

15
            Appellees.

16
_____/

17

No. C 12-2945 MMC

**ORDER GRANTING APPELLANTS'
MOTION FOR EXTENSION OF TIME TO
FILE OPENING BRIEF**

18
    Before the Court is Appellants' Motion for Extension of Time to File Appellants'

19
Opening Brief, filed November 30, 2012, by which motion appellants seek an extension of

20
the deadline to file their Opening Brief from November 30, 2012 to December 28, 2012.

21
Appellees have filed opposition.  Having read and considered the papers filed in support of

22
and in opposition to the motion, the Court rules as follows.

23
    Although, as appellees note, appellants did not timely file the record on appeal, did

24
not timely file their Opening Brief, and filed their current motion on the day the Opening

25
Brief was due, the Court, given the relatively short duration of the requested extension, will

26
afford appellants one final opportunity to file their Opening Brief.

27
//

28
//

1      Accordingly, the motion is hereby GRANTED, and the deadline to file the Opening

2   Brief is hereby EXTENDED from November 30, 2012 to December 28, 2012.

3      **IT IS SO ORDERED.**

4

5   Dated: December 4, 2012

_____
MAXINE M. CHESNEY
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28