IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRACCO, et al.,<br><br>    Appellants,<br><br>v.<br><br>KURT ALBERT LEINTZ, et al.,<br><br>    Appellees.<br>_____/ | No. C 12-2945 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF DOCUMENTS IN COMPLIANCE WITH BANKRUPTCY LOCAL RULES, CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

      On December 27, 2012, Appellants filed their "Motion for One Week Extension of Time to File Appellants' Opening Brief."  On December 28, 2012, Appellees filed their "Opposition to Motion for Extension of Time to File Appellants' Opening Brief."  Both parties have violated the Bankruptcy Local Rules of this District, the Civil Local Rules of this District, and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; see also Bank. L.R. 1001-2(a)(7) (incorporating Civil Local Rule 5-1); Bankr. L.R. 1001-2(a)(13) (incorporating standing orders of judges).

      Both parties are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting chambers copies of the above-

referenced documents.  Both parties are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

Dated: January 2, 2013

MAXINE M. CHESNEY
United States District Judge

2