IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRACCO, et al.,<br><br>　　　　Appellants,<br>　v.<br>KURT ALBERT LEINTZ, et al.,<br><br>　　　　Appellees.<br>_____/ | No. C 12-2945 MMC<br><br>**ORDER GRANTING APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF** |

　　　Before the Court is Appellees' Motion for Extension of Time to File Appellees' Reply Brief, filed January 23, 2013.  Appellants have not filed opposition.  Having read and considered the papers filed in support of the motion, the Court rules as follows.

　　　Good cause appearing, the motion is hereby GRANTED.  The deadline to file appellees' brief is hereby EXTENDED from January 25, 2013 to February 22, 2013.

　　　**IT IS SO ORDERED.**

Dated: January 29, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge